KURT A. KAPPES – SBN 146384
MICHAEL D. LANE – SBN 239517
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone:  (916) 442-1111
Facsimile:  (916) 448-1709
kappesk@gtlaw.com
lanemd@gtlaw.com

Attorneys for Defendant
BCSFM, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KEITH, | ) CASE NO.  2:18-cv-02273-TLN-EFB |
| | ) |
| Plaintiff, | ) **JOINT STIPULATION AND ORDER TO** |
| | ) **EXTEND TIME FOR DEFENDANT BCSFM,** |
| v. | ) **LLC, TO RESPOND TO THE COMPLAINT** |
| | ) |
| BCSFM, LLC; and DOES 1 through 25, inclusive, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) *Complaint Filed: August 21, 2018* |
| | ) |

1                                    Case No. 2: 18-cv-02273-TLN-EFB

1  TO THE HONORABLE TROY L. NUNLEY, AND ALL OTHER INTERESTED PARTIES:

2  Pursuant to Local Rule 144, Defendant BCSFM, LLC ("Defendant") and Plaintiff DAVID KEITH

3  ("Plaintiff"), by and through their attorneys of record, hereby stipulate as follows:

4  WHEREAS Plaintiff filed a complaint in the United States District Court for the Eastern District

5  of California, Case No. 2:18-cv-02273-TLN-EFB ("Complaint"), on August 21, 2018, and served

6  Defendant on or about February 8, 2019 (ECF Nos. 1, 6);

7  WHEREAS the deadline for Defendant to respond to the Complaint is March 1, 2019 based on

8  Plaintiff's Proof of Service (ECF No. 6);

9  WHEREAS Defendant has only recently retained counsel in this matter, and requests additional

10  time to review the Complaint, assess its responses, and prepare responsive pleadings;

11  WHEREAS Plaintiff and Defendant have met and conferred and agreed to stipulate to an extension

12  of time for Defendant to file and serve a responsive pleading up to and including April 8, 2019;

13  WHEREAS Plaintiff and Defendant agree that the requested extension is not requested for purposes

14  of delay and will not result in any prejudice to the parties or alter the date of any event of any deadline

15  already fixed by Court order, local rules, or the Federal Rules of Civil Procedure;

16  WHEREAS this is the only extension of time to respond to the Complaint Defendant has received;

17  WHEREAS, no discovery cut-off, pretrial conference, or trial date has been set;

18  Plaintiff and Defendant have reached the following stipulation:

19  **STIPULATION**

20  IT IS HEREBY STIPULATED between Plaintiffs and Defendant, through counsel, as follows:

21  That the deadline for Defendant to respond to the Complaint shall be April 8, 2019.

22  IT IS SO STIPULATED.

23  Dated: March 8, 2019                    GREENBERG TRAURIG, LLP

24

25                                          By:*/s/Kurt A. Kappes*_____

26                                          Kurt A. Kappes
                                            Michael D. Lane

27                                          Attorneys for Defendant
                                            BCSFM, LLC

28

JOINT STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT BCSFM, LLC TO RESPOND TO THE COMPLAINT

1    Dated: March 8, 2019                         MASTAGNI HOLSTEDT, APC

2

3                                 By: */s/Grant Winter* (as authorized on 3/8/2019)

4                                    Grant Winter
                                     MASTAGNI HOLSTEDT, APC

5                                     Attorneys for Plaintiff
                                     DAVID KEITH

JOINT STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT BCSFM, LLC TO RESPOND TO THE COMPLAINT

**ORDER**

The Court, having reviewed the stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED as follows:

That the deadline for Defendant to respond to the Complaint shall be April 8, 2019.

Dated: March 12, 2019

_____
Troy L. Nunley
United States District Judge

Case No. 2: 18-cv-02273-TLN-EFB

JOINT STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT BCSFM, LLC TO RESPOND TO THE
COMPLAINT