UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KEITH,<br><br>                    Plaintiff,<br><br>         v.<br><br>BCSFM, LLC,<br><br>                    Defendant. | No.  2:18-cv-02273-DAD-JDP<br><br>ORDER REFERRING MOTION TO MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(a), the pending motion to withdraw as counsel filed by counsel for defendant (Doc. No. 33) is hereby referred to United States Magistrate Judge Jeremy D. Peterson for issuance of findings and recommendations in accordance with 28 U.S.C. § 636(b)(1)(B) and (C).  Accordingly, the hearing on the motion set for December 6, 2022 before the undersigned is hereby vacated and a new hearing date will be set by way of minute order by the assigned magistrate judge if found to be appropriate.

   IT IS SO ORDERED.

Dated:   **October 28, 2022**                         _/s/ Dale A. Drozd_
                                                                    UNITED STATES DISTRICT JUDGE

1