DAVID P. MASTAGNI (SBN 57721)
GRANT A. WINTER (SBN 266329)
**MASTAGNI HOLSTEDT, A.P.C.**
1912 I Street,
Sacramento, California 95811
Telephone: (916) 446-4692
Facsimile: (916) 447-4614

Attorneys for Plaintiff David Keith

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KEITH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BCSFM, LLC; and DOES 1 through 25 inclusive,<br><br>　　　　　Defendants. | Case No. 2:18-cv-02273-DJC-JDP<br><br>**REQUEST FOR DISMISSAL [FRCP 41(a)(1)(A)(i), and 41(a)(2)]; and ORDER GRANTING DISMISSAL**<br><br>Complaint Filed: August 21, 2018 |

　　　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), or alternatively 41(a)(2), Plaintiff David Keith hereby requests dismissal of the above-captioned action. Dismissal is proper under Federal Rule of Civil Procedure 41(a)(1)(A)(i) because the only defendant BCSFM, LLC does not have an answer on file. Alternatively, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), dismissal is proper because there is no defendant having appeared to object.

Dated: July 30, 2025

　　　　　　　　　　　　　　　　　　　　　/s/ Grant. A. Winter
　　　　　　　　　　　　　　　　　　　　　Grant A. Winter
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff David Keith

---
**1**
REQUEST FOR DISMISSAL
[FRCP 41(a)(1)(A)(i), and 41(a)(2)]; and ORDER GRANTING DISMISSAL

## **ORDER GRANTING DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(2), this action is hereby dismissed without prejudice.

Dated:  August 4, 2025                    /s/ Daniel J. Calabretta
                                          THE HONORABLE DANIEL J. CALABRETTA
                                          UNITED STATES DISTRICT JUDGE